UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY ASH,<br><br>  Plaintiff,<br><br>  v.<br><br>NANCY BERRYHILL,<br><br>  Defendant. | Case No. 2:17-cv-546-APG-GWF<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>(ECF No. 3) |

Plaintiff Gary Ash requests I dismiss this case as duplicative of another case. I grant the motion.

IT IS THEREFORE ORDERED that plaintiff Gary Ash's motion to dismiss **(ECF No. 3) is GRANTED.** This case is dismissed without prejudice to Ash pursuing the other case. The clerk of court is instructed to close this case.

DATED this 3rd day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE